## BCA Driver's License Information Access

| Originating Agency | Transaction ID | Access Date | Query Type |
|---|---|---|---|
| Bloomington PD | 00EB0069FE | 7/9/2005 | MN driver record, wanted persons and person files |
| Metro Transit PD | 178601417B | 11/3/2005 | MN driver name search |
| Metro Transit PD | 178601417C | 11/3/2005 | MN driver license photo |
| Metro Transit PD | 1786014175 | 11/3/2005 | MN driver record, wanted persons and person files |
| Metro Transit PD | 1786014176 | 11/3/2005 | MN motor vehicle operator |
| Metro Transit PD | 1786014177 | 11/3/2005 | MN driver name search |
| Minneapolis PD | 0A6B001DF1 | 1/26/2006 | Drivers status/persons file; Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 0A6B001DF3 | 1/26/2006 | MN driver record, wanted persons and person files |
| Minneapolis PD | 0A6B001DF4 | 1/26/2006 | MN driver record, wanted persons and person files |
| Metro Transit PD | 284100076B | 10/8/2006 | Motor vehicle registration, driver's license status, vehicle file, persons file; Driver's status/persons file |
| Metro Transit PD | 284100076C | 10/8/2006 | MN driver license photo |
| Metro Airport PD | 0B27006B26 | 1/12/2007 | Motor vehicle registration, driver's license status, vehicle file, persons file; Drivers status/persons file |
| Minneapolis PD | 0C80005DB7 | 2/22/2007 | Motor vehicle registration, driver's license status, vehicle file, persons file; Drivers status/persons file |
| Washington Cty SO | 0E7F00CB36 | 10/8/2007 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| St. Paul PD | 065E004DC2 | 9/2/2007 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 082B005816 | 2/12/2007 | Motor vehicle registration, driver's license status, vehicle file, persons file; Driver's status/persons file |
| Scott Cty SO | 0AF200F3E1 | 8/28/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 0CC4002E24 | 1/18/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Metro Transit PD | 30B8000743 | 6/24/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Metro Transit PD | 30B8000744 | 6/24/2008 | MN driver license photo |
| Metro Transit PD | 30B8000749 | 6/24/2008 | MN driver license photo |
| Minneapolis PD | 079E006447 | 8/26/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| West St. Paul PD | 243F01453E | 12/27/2008 | MN driver record, wanted persons and person files |
| Minneapolis PD | 09040058C0 | 3/2/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Edina PD | 084701163C | 9/9/2008 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Edina PD | 084701163D | 9/9/2008 | MN driver record, wanted persons and person files |
| Washington Cty SO | 0D1F00EECB | 11/4/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 1C5E000F6E | 12/8/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 1C5E000F6F | 12/8/2009 | MN driver license photo |
| Eden Prairie PD | 1FFC011C64 | 10/16/2009 | MN driver record, wanted persons and person files |
| Eden Prairie PD | 1FFC011C65 | 10/16/2009 | MN driver license photo |

| Originating Agency | Transaction ID | Access Date | Query Type |
|---|---|---|---|
| St. Paul PD | 13A600728E | 5/6/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| St. Paul PD | 13A600738F | 5/6/2009 | MN driver license photo |
| Koochiching County SO | 028A01580C | 9/11/2009 | MN driver name search |
| Washington Cty SO (L2) | 30A7007385 | 11/4/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 30A7007386 | 11/4/2009 | MN driver license photo |
| Washington Cty SO (L2) | 220A005194 | 10/31/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 220A005195 | 10/31/2009 | MN driver license photo |
| Washington Cty SO (L2) | 307500A33D | 11/4/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 307500A33E | 11/4/2009 | MN driver license photo |
| Washington Cty SO (L2) | 1452007CE0 | 11/4/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 1452007CE1 | 11/4/2009 | MN driver license photo |
| Washington Cty SO (L2) | 1452007EBA | 11/12/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 1452007EBB | 11/12/2009 | MN driver license photo |
| Washington Cty SO (L2) | 3006007F2E | 11/4/2009 | MN driver record, wanted persons and person files |
| Washington Cty SO (L2) | 3006007F30 | 11/4/2009 | MN driver license photo |
| Washington Cty SO (L2) | 220800823B | 11/12/2009 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 220800823C | 11/12/2009 | MN driver license photo |
| Washington Cty SO (L2) | 3006003168 | 1/31/2009 | MN driver record, wanted persons and person files |
| Washington Cty SO (L2) | 3006003169 | 1/31/2009 | MN driver license photo |
| St. Paul PD | 1AF00115FA | 6/10/2010 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| St. Paul PD | 1AF00115FB | 6/10/2010 | MN driver license photo |

| Originating Agency | Transaction ID | Access Date | Query Type |
|---|---|---|---|
| Washington Cty SO (L2) | 30A200B5B8 | 10/3/2010 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Washington Cty SO (L2) | 30A200B5B9 | 10/3/2010 | MN driver license photo |
| Minneapolis PD | 262000235C | 10/4/2010 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Metro Airport PD | 1B49000E95 | 1/5/2011 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Brooklyn Park PD | 2E0A00B689 | 11/17/2011 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Brooklyn Park PD | 2F3B009852 | 11/17/2011 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Brooklyn Park PD | 2F3B009853 | 11/17/2011 | MN driver license photo |
| Koochiching County SO | 028A01B141 | 3/26/2011 | MN driver name search |
| Koochiching County SO | 028A01B143 | 3/26/2011 | MN driver license photo |
| Koochiching County SO | 060B0168DD | 3/26/2011 | MN driver name search |
| Edina PD | 086801A93B | 1/10/2011 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| St. Paul PD | 256800186A | 3/3/2011 | MN driver license photo |
| St. Paul PD | 2568001869 | 3/3/2011 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 0ACF00A97C | 7/25/2012 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 07BA00BB75 | 7/16/2012 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 09C000910F | 1/19/2012 | Motor vehicle registration, driver's license status, vehicle file, persons file |
| Minneapolis PD | 09C0009110 | 1/19/2012 | Motor vehicle registration, driver's license status, vehicle file, persons file |